**COMPLAINT FORM**
(for filers who are prisoners without lawyers)

FILED
03/04/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~SOUTHERN~~ SOUTHERN DISTRICT OF INDIANA

42 U.S.C.S. § 1983 Class Action Suit

(Full name of plaintiff(s))

CHARLES D CROSS

Vs

(Full name of defendant(s))

Case Number:
1:22-cv-444-JRS-MPB
(to be supplied by clerk of court)

Captain ABNEY-BROTZ, OFFICER SASHER, OFFICER WOOFAL, OFFICER HARGAS, SGT SEIBERT In their individual capacity as a officer at the Wayne County Jail.

A. PARTIES

1. Plaintiff is a citizen of United States Indiana, and is located at

IYC 727 Moon Rd Plainfield 46168

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Captain Abney-Brotz, C/O SASHER, C/O Hargas, SGT SEIBERT, OFFICER WOOFAL
(Name)

Complaint – 1

Is (if a person or private corporation) a citizen of _Indiana, United States_
(State, if known)

And (if a person) resides at _200 East Main St Richmond Indiana 47374_
(Address, if known)

And (if the defendant harmed you while doing the defendant's job)
Worked for _Wayne County Jail/Sherriff, 200 East Main St Richmond In 47374_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or about 7pm on 1-29-2022, OFFICER Sasher and Hergar violated Mr. Cross rights, they told him he didn't have any rights when he asked for their names to file a lawsuit as was his right, that was their reply. By which then Hergas took Cross in cuffs violently to recieving calling him/Mr. Cross "Pretty boy", which then Hergas and Sgt Seibert took Cross in Room R.15, put him while in cuffs on his knees for no reason

Complaint – 2

STATEMENT OF CLAIM

at which time Hergas smashed his face into the wall breaking his front tooth. Seibert allowed this to happen, Cross asked him why he just said he would see what it looks like on camera. They or Hergas and Seibert then stripped Cross and started asking to lift his penis and see in his anus, Cross stated theirs no way that a blade would be in there, as they were looking for a razor blade, and said that's great, the sexual comments then asking to see his private areas knowing the item could not be there anyway. Then Cross was left in a suicide cell until 3am, for punishment as Cross asked why. Seibert said Cross wasn't cooperative at first, as Cross stated only time he wouldn't of been is by excercising his right to. But Cross was forced to sleep directly on the floor for he had no blanket, matt, or anything. Cross had his 8th amendment rights violated as retaliatory it seems for asking to excercise his rights. As Hergas defnetly used excessive force, and acting superior Seibert seen this and allowed him, then Seibert kept Cross isolated in a cell after the fact with also making sexual harrassment and gestures, then kept Cross in the cell with no property making him sleep directly on the floor, no matt, blanket, or anything. This all happened on or about Jan 29, 2022; 7pm - Jan 30, 2022; 3am. Or roughly around those time frames. At which Joel Toney inmate,

Complaint – 3

## STATEMENT OF CLAIM

and the cameras will show, as evidence.

Than On January 31, 2022 at around roughly 8am Mr. Cross room mate Kody Hine, used the bathroom, as they were locked in a cell, room 11 in A5 housing, at which the toilet was clogged, which in result their was raw feces sitting in the toilet, and had a very potent smell. Which being locked in a small cell, it was very strong. The police turned the water off, so not only did Mr. Cross have to suffer being with the raw feces and smell, but was unable to use the bathroom or get any water to drink, and he had to eat his lunch like that also. As Mr. Cross was left like that, dealing with it until around 3pm. At which maintenance man Jameson, and officer Creech came in and tried to than fix the toilet. Than Cross was put in the rec room until around 7pm with no water or bathroom still. As the acting officer in charge was Wooten, who come down, and was aware of the incident, when Kody caused an incident due to the situations. Mr. Cross was around 9pm on Jan. 31, 2022 put in a 2 man cell, making him the 3rd man in the small cell, on the ground to sleep again, and right next to the toilet, as it is the only space available to lay. Than Mr. Cross was put back in A5-11 around 12-1pm on Feb 1, 2002 or so, the original cell that had the clogged toilet.

## STATEMENT OF CLAIM

At which this toilet now worked, but still smelled very potent of feces as was feces all over the floor, toilet, wall, etc. Cross was locked in this room like this for roughly 3-4 hours until recieving cleaning supply to clean the room and smell. There fore Cross feels the officers were continuely violating Cross 8th amendment rights clearly, and purposely it seemed, as day after day he was made to suffer in unsanitary conditions.

As Mr. Cross filed grievances reporting this to Captain Abney-Brotz, so he was made aware of the situation and did nothing about it. Also It is Cross right to have access to the courts. Cross wrote Captain Brotz to acquire the proper forms to file his law suit, and recieved no response at all. Cross filed grievance to no avail. So Cross 14th Amendment, 5th, and 1st Amendment Rights were violated, as Cross shows he made them all aware of what they were doing. So they unwillingly and intentionally violated his rights, or allowed them to be. Then denied him access to the courts.

As the officers are not entitled to immunity, for under 1983 suit, Mr. Cross rights were violated by those acting recklessly, or indifferently, or intentionally, under color of law, and which sued in their individual capacity acting as an officer, they are entitled to no immunity.

C.     JURISDICTION

[✓] I am suing for a violation of federal law under U.S.C. § 1331.

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am requesting a total award of $750,000, seven hundred and fifty thousand dollars. That will include all fees, future dentist bills to fix the damage done, and all the pain and suffering.

Complaint – 4

E.   **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 16 day of February 2022

Respectfully Submitted,

_____
Signature of Plaintiff

#109081
_____
Plaintiff's Prisoner ID Number

IYC 727 Moon Rd Plainfield IN 46168
~~IYC 727 Moon Rd Plainfield IN 46168~~
Wayne County Jail 200 East Main St Richmond IN 47374
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5